☞ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    v.                              :    NOTICE OF INTENT
                                         TO FILE AN INFORMATION
WILLIAM APONTE,                     :

            Defendant.              :    08 CRIM 605
------------------------------------

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         May 30, 2008


                                    MICHAEL J. GARCIA
                                    United States Attorney


                             By:    _____
                                    Michael M. Rosensaft
                                    Assistant United States Attorney


                             AGREED AND CONSENTED TO:

                             By:    _____
                                    Marlon Kirton, Esq.
                                    Attorney for William Aponte

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

5/30/08 WHEEL A                                            TOTAL P.02