UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

WILLIAM APONTE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - x

**08 CRIM 605**

INFORMATION

08 Cr.

JUDGE RAKOFF

### COUNT ONE

The United States Attorney charges:

On or about December 14, 2005, in the Southern District of New York, WILLIAM APONTE, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, less than five grams of mixtures and substances containing a detectable amount of cocaine base.

   (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.)

 

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 3 2008

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM APONTE,

Defendant.

INFORMATION

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C); 18 U.S.C. § 2)


           MICHAEL J. GARCIA
         United States Attorney.